UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIO MARTIN OSPINO,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | NO. EDCV 16-2091-PSG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: February 6, 2020

                                        PHILIP S. GUTIERREZ
                                      United States District Judge